Motion GRANTED.
*[signature]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOYCE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 3:10-0414 |
| | ) JURY DEMAND |
| WAL-MART ASSOCIATES, INC., | ) JUDGE TRAUGER |
| | ) MAGISTRATE JUDGE GRIFFIN |
| Defendant. | ) |

**MOTION FOR ENTRY OF AGREED ORDER AND STIPULATION
SUBSTITUTING WAL-MART STORES EAST, LP,
AS THE PROPER DEFENDANT IN THIS MATTER**

Defendant moves the Court for entry of the attached agreed order and stipulation substituting Wal-Mart Stores East, LP, for Wal-Mart Associates, Inc., as the proper defendant in this matter.

This motion should be granted because Wal-Mart Stores East, LP, was the entity that operated the Wal-Mart retail stores at issue at the time of plaintiff's accident, not Wal-Mart Associates, Inc.

Further, the Court will retain jurisdiction because diversity of citizenship between the parties still exists. Wal-Mart Stores East, LP, is a Delaware limited partnership. WSE Management, LLC, a Delaware limited liability company, is the general partner, and WSE Investment, LLC, a Delaware limited liability company, is the limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, Inc., whose parent company is Wal-Mart Stores, Inc., a Delaware corporation.