IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOYCE BROWN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | ) No. 3:10-0414 |
| | ) JURY DEMAND |
| WAL-MART ASSOCIATES, INC., | ) JUDGE TRAUGER |
| | ) MAGISTRATE JUDGE GRIFFIN |
|     Defendant. | ) |

**AGREED ORDER AND STIPULATION SUBSTITUTING
WAL-MART STORES EAST, LP, AS THE PROPER DEFENDANT IN THIS MATTER**

Pursuant to the agreement of the parties, as evidenced by the signatures of their respective counsel, Wal-Mart Stores East, LP, should be substituted for Wal-Mart Associates, Inc., as the proper defendant in this matter. Wal-Mart Associates, Inc., is dismissed without prejudice. Wal-Mart Stores East, LP, is the only defendant.

**IT IS SO ORDERED.**

_____
JUDGE