IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DR. JOYCE BROWN, )
 )
    Plaintiff, )
 )
v. ) Civil No. 3:10-0414
 ) Judge Trauger
WAL-MART STORES EAST, L.P., )
 )
    Defendant. )

## O R D E R

Given the pendency of a Motion For Judgment On The Pleadings (Docket No. 8) and a newly-filed Motion To Consolidate (Docket No. 12), it is hereby **ORDERED** that the initial case management conference scheduled for July 12, 2010 is **CONTINUED**, to be reset, if appropriate, after disposition of both of these motions.

Plaintiff's counsel should make every effort to determine whether the defendants in the other three cases that the plaintiff wishes to consolidate with this one are amenable to the consolidation and should file notice of their positions with the court.

It is so **ORDERED.**

Enter this 8th day of July 2010.

_____
ALETA A. TRAUGER
U.S. District Judge