UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOYCE BROWN § § Plaintiff, § § vs. § § WAL-MART STORES EAST, LP, § § Defendant. § | Civil Action No.: 3:10-0414 **JUDGE TRAUGER** |

### MOTION TO CONSOLIDATE

COMES NOW the Plaintiff, Dr. Joyce Brown, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and moves this Court to consolidate various litigations filed as *Dr. Joyce Brown v. CVS Pharmacy, Inc.*, Case No. 3:10-cv-0447; *Dr. Joyce Brown v. Walgreen Co.*, Case No. 3:10-cv-0398; *Dr. Joyce Brown v. Kmart Corporation*, Case No.: 3:10-cv-0439; and *Dr. Joyce Brown v. Wal-Mart Stores East, LP,* Case No. 3:10-cv-0414. All the referenced litigations are virtually the same with identical theories brought by Plaintiff against four separate Defendants. A similar motion to consolidate has already been filed by Walgreen Co. and Kmart and Plaintiff does not object to those pending motions.

### BACKGROUND

On March 25, 2010, Plaintiff brought actions against Defendants, Walgreens, K-Mart, CVS, and Wal-Mart in the Circuit Court for Davidson County, Tennessee. Plaintiff alleged